ACCEPTED
12-13-00307-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/7/2015 3:46:46 PM
CATHY LUSK
CLERK

No. 12-13-00307-CV

IN THE TWELFTH COURT OF APPEALS

AT TYLER

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/7/2015 3:46:46 PM
CATHY S. LUSK
Clerk

_____

ENBRIDGE G & P (EAST TEXAS) L.P.

Appellant

v.

BEN SAMFORD AND WIFE, BETTE ANN SAMFORD, CECIL JACKSON
AND WIFE, MICHELLE JACKSON, AND SAMMY JOE MONK

Appellees

_____

Appeal from the 273rd Judicial District Court of Shelby County, Texas

## APPELLANT'S UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT

Comes now Enbridge G & P (East Texas) L.P., ("Enbridge"), Appellant, herein ("Appellant"), and respectfully asks the Court to reschedule the oral argument in this case because Appellant's counsel, Julie P. Wright, has become very ill today with a virus. This virus has affected several members of the Flowers Davis team over the past week and a half and takes several days to recover from.

---

1. Oral Argument in this case is currently scheduled for 8:30 a.m. on April 9, 2015.

2. Appellees do not oppose this request for extension.

3. This is the first request for postponement made by Appellant.

4. This request for rescheduling is sought not for purposes of delay, but to allow Appellant's counsel time to recover from her current illness.

### Prayer

Therefore, Appellant respectfully requests that the Court issue an order rescheduling the oral argument in the above case.

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**

**1021 ESE South Loop 323**
**Suite 200**
**Tyler, Texas 75701**
**(903) 534-8063**
**(903) 534-1650 Facsimile**

**/s/ Morgan M. Elliott**

**JULIE P. WRIGHT**
**State Bar No. 00794883**
**jpw@flowersdavis.com**
**MORGAN M. ELLIOTT**
**State Bar No. 24065196**
**mme@flowersdavis.com**
**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

On April 7, 2015, the office for counsel for Appellant spoke with counsel for Appellees via telephone conference and counsel for Appellees agreed not to oppose Appellant's Motion to Reschedule Oral Argument.


**/s/ Morgan M. Elliott**
Morgan M. Elliott

## CERTIFICATE OF SERVICE

I hereby certify that the below-listed counsel of record was served with the foregoing document via certified mail, return-receipt requested, on April 7, 2015.

Mr. Don Wheeler
Law Office of Don Wheeler
101 Tenaha Street
Center, Texas 75935
*Counsel for Appellees*

Mr. George H. Pigg
Mettauer Shires & Adams, L.L.P.
403 Nacogdoches St., Suite 1
Center, Texas 75935
*Counsel for Appellees*

Mr. Darrin Walker
Law Office of Darrin Walker
6134 Riverchase Glen Dr.
Kingwood, Texas 77345
*Counsel for Appellees*


**/s/ Morgan M. Elliott**
Morgan M. Elliott